IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

MAR 21 2011

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| **United States of America** | ) | ORDER |
| | ) | |
| v. | ) | Case # 3:11CR70 |
| | ) | |
| **Gerson Romero Avila** | ) | |

**THIS MATTER** comes before the Court on its own motion.

On March 17, 2011, the above named defendant (**Gerson Romero Avila**) was presented for Initial Appearance before United States Magistrate Judge David Cayer in the United States District Court, Western District of North Carolina, Charlotte Division on the above captioned case. Upon motion of the United States Attorney's Office, the defendant (**Gerson Romero Avila**) was Ordered detained under Title 18 United States Code Section 3142 (F)(2) pending a Detention Hearing scheduled for March 22, 2011. The Court granted this Motion and entered a Detention Order on same date.

On March 18, 2011, the United States Marshals Service, Western District of North Carolina, Charlotte Office was notified by Mecklenburg County Jail, Charlotte, North Carolina that the defendant (**Gerson Romero Avila**) had been erroneously released from custody. The release occurred on March 17, 2011.

**THE COURT** hereby Orders that the defendant (**Gerson Romero Avila**) be returned to custody pursuant to Detention Order entered on March 17, 2011.

_____

David S. Cayer

United States Magistrate Judge

Western District of North Carolina- Charlotte Division